UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Pesek, Jeffrey, Ryan                                    Case No. _____

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☐ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☑ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Debtor was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  ☐ Debtor was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☑ Other (please explain): Unable to locate Earnings Statement pay date of 8/27/2008, substituted pay date 8/13/2008.

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____/s/ Jeff P._____ Date: _10/17/08_

*************************************************************

☐ **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition;

  ☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  ☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

  ☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____ Date: _____

# Earnings Statement

**BONFIRE RESTAURANT COMPANY**
*900 AMERICAN BLVD E SUITE #300*
*BLOOMINGTON, MN 55420*

Period Ending:  10/02/2008
Pay Date:       10/08/2008

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  2
  MN:       2

JEFFREY RYAN PESEK
1318 OTTAWA AVENUE
WEST ST. PAUL, MN 55118

Social Security Number: XXX-XX-7244

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.5500 | 69.13 | 452.80 | 4,416.49 |
| Tips Reported | | | 1,076.00 | 10,786.43 |
| Overtime | | | | 20.04 |
| **Gross Pay** | | | **$1,528.80** | 15,222.96 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -158.93 | 1,426.48 |
| Social Security Tax | -94.78 | 943.82 |
| Medicare Tax | -22.16 | 220.73 |
| MN State Income Tax | -69.26 | 621.91 |
| **Other** | | |
| Tips | -1,076.00 | 10,786.43 |
| **Net Pay** | **$107.67** | |

Your federal taxable wages this period are
$1,528.80

©1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE
ADP®

PC4   111945 000240 XN50K  0011568683  1

# Earnings Statement

**BONFIRE RESTAURANT COMPANY**
*900 AMERICAN BLVD E SUITE #300*
*BLOOMINGTON, MN 55420*

Period Ending:   09/18/2008
Pay Date:        09/24/2008

Taxable Marital Status:  Single
Exemptions/Allowances:
 Federal:    2
 MN:         2

JEFFREY RYAN PESEK
1318 OTTAWA AVENUE
WEST ST. PAUL, MN 55118

Social Security Number: XXX-XX-7244

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.5500 | 62.76 | 411.08 | 3,963.69 |
| Tips Reported | | | 1,141.00 | 9,710.43 |
| Overtime | | | | 20.04 |
| **Gross Pay** | | | **$1,552.08** | 13,694.16 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -162.42 | 1,267.55 |
| | Social Security Tax | -96.23 | 849.04 |
| | Medicare Tax | -22.51 | 198.57 |
| | MN State Income Tax | -70.90 | 552.65 |
| | **Other** | | |
| | Tips | -1,141.00 | 9,710.43 |
| | **Net Pay** | **$59.02** | |

Your federal taxable wages this period are
$1,552.08

ADP

©1998, 2006. ADP, Inc. All Rights Reserved.
TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 069 |
|-----|------|-------|-------|--------|-----|
| PC4 | 111945 | 000240 | XN50K | 001155654 | |

# Earnings Statement

**ADP**

BONFIRE RESTAURANT COMPANY
900 AMERICAN BLVD E SUITE #300
BLOOMINGTON, MN 55420

Period Ending: 09/04/2008
Pay Date: 09/10/2008

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    MN: 2

JEFFREY RYAN PESEK
1318 OTTAWA AVENUE
WEST ST. PAUL, MN 55118

Social Security Number: XXX-XX-7244

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.5500 | 78.13 | 511.75 | 3,552.61 |
| Overtime | 9.8250 | 2.04 | 20.04 | 20.04 |
| Tips Reported | | | 1,165.83 | 8,569.43 |
| **Gross Pay** | | | **$1,697.62** | 12,142.08 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -196.47 | 1,105.13 |
| Social Security Tax | | -105.25 | 752.81 |
| Medicare Tax | | -24.62 | 176.06 |
| MN State Income Tax | | -81.17 | 481.75 |
| **Other** | | | |
| Tips | | -1,165.83 | 8,569.43 |
| **Net Pay** | | **$124.28** | |

Your federal taxable wages this period are $1,697.62

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

# Earnings Statement

**ADP**

BONFIRE RESTAURANT COMPANY
900 AMERICAN BLVD E SUITE #300
BLOOMINGTON, MN 55420

Period Ending: 08/07/2008
Pay Date: 08/13/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

JEFFREY RYAN PESEK
1318 OTTAWA AVENUE
WEST ST. PAUL, MN 55118

Social Security Number: XXX-XX-7244

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.5500 | 36.84 | 241.30 | 2,596.31 |
| Tips Reported | | | 884.17 | 6,278.04 |
| **Gross Pay** | | | **$1,125.47** | 8,874.35 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 6.1500 TO 6.5500.

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -98.44 | 743.54 |
| Social Security Tax | -69.78 | 550.21 |
| Medicare Tax | -16.32 | 128.68 |
| MN State Income Tax | -41.80 | 328.41 |
| **Other** | | |
| Tips | -884.17 | 6,278.04 |
| **Net Pay** | **$14.96** | |

Your federal taxable wages this period are $1,125.47

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE